Christopher COLLETTA, Appellant,

v.

STATE of Missouri, Respondent.

ED 101356

Missouri Court of Appeals, Eastern District, ***DIVISION THREE***.

Filed: April 14, 2015

Timothy Forneris, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Jennifer A. Rodewald, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Kurt S. Odenwald, P.J., Robert G. Dowd, Jr., J., and Gary M. Gaertner, Jr., J.

### ORDER

PER CURIAM.

Christopher Colletta appeals from the motion court's judgment denying his Rule 29.15[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2014).

---

**1.** All rule references are to Mo. R. Crim. P. 2014, unless otherwise indicated.